**EXHIBIT "A"**

IN RE: § Case No. 05-90083-H4-7
§
**WILLIAM S. KILROY, JR.** § (Chapter 7)
§
**DEBTOR.** §

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____ Small Dividends | | | |
| __X__ Unclaimed Dividends | Claim No. 6<br>Fred Bass<br>FBC, Inc.<br>735 Heights Blvd.<br>Houston, Texas 77007 | Check #5018 | $ 627.61 |
| | Claim No. 15<br>The Hetherington Law Firm<br>One Riverway, Suite 1700<br>Houston, Texas 77056 | Check #5019 | $ 259.75 |
| | Total Unclaimed Dividends | | n/a |
| | Total Small & Unclaimed Dividends | | $ 887.36 |